# EXHIBIT C

## FEES AND EXPENSES (January 26, 2012 to Close of receivership):

Estimated fees of Receiver:

    Receiver Kelly M. Crawford:    7.00   hours x $285 =    $1,995.00

Estimated fees of Receiver's legal assistant:

    Legal Assistant Will Hester:    3.00   hours x $100 =    $ 300.00

    **TOTAL ESTIMATED FEES:**    **$2,295.00**

Estimated expenses:

    Accounting fees for preparing and filing tax return for receivership:    $2,500.00

    Storage of files:    $ 200.00

    Postage:    $ 5.00

    **TOTAL ESTIMATED EXPENSES:**    **$2,705.00**

    **TOTAL ESTIMATED FEES AND EXPENSES:**    **$5,000.00**