UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                 Plaintiff,

   -against-

PARAGON FX ENTERPRISES, LLC, a New
York corporation,

                 Defendant.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/12
```

**ORDER**

11 Civ. 7740 (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By August 31, 2012, Paragon shall serve its formal initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

2. By September 7, 2012, Paragon shall produce:

    a. any Paragon computers that have not already been produced, including the computer from which the files on the external hard drive originated; and

    b. the information necessary for the CFTC to access Paragon's Dropbox and Carbonite files.

    These computers and files shall be screened for privilege and relevance in the manner described during the conference.

      SO ORDERED.

Dated:    New York, New York
            August 28, 2012

                                                FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Peter Haas
Commodity Futures Trading Commission (DC)
Fax: (202) 418-5523

Steven Altman, Esq.
Altman & Company P.C.
Fax: (212) 683-7655