UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

                Plaintiff,

-against-

PARAGON FX ENTERPRISES, LLC, a
New York Corporation,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2012

**ORDER**

11 Civ. 7740 (FM)

**FRANK MAAS,** United States Magistrate Judge.

       It is hereby ORDERED that the telephone conference originally scheduled for September 27, 2012, shall be held on September 20, 2012 at 11 a.m. Plaintiff's counsel should initiate the call.

       SO ORDERED.

Dated:     New York, New York
             September 14, 2012

                                         _____
                                            FRANK MAAS
                                    United States Magistrate Judge

Copies to:

All counsel via ECF